UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/16/2021
```

Nisbett,

           Plaintiff,

    –v–

Paigelauren Enterprises, LLC,

           Defendant.

20-cv-10569 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On December 18, 2020, Defendants were served. Dkt. Nos. 4. Defendant's response to the Complaint were due January 8, 2021. *Id*. Defendant has not responded. If the Plaintiff intends to file a motion for default judgment, it shall do so by March 15, 2021. The Initial Pretrial Conference in this matter is adjourned *sine die.*

SO ORDERED.

Dated: February 13, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge